ESTILL SPRINGS SAND & GRAVEL COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9387.

Circuit Court of Appeals, Sixth Circuit.

April 15, 1943.

Fyke Farmer, of Nashville, Tenn., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, John W. Smith, Helen R. Carloss, and Mamie S. Price, all of Washington, D. C., for respondent.

Before HICKS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs, and argument of

petitioner's counsel, and on consideration thereof it is ordered and adjudged that the decision of the Board of Tax Appeals be and the same is affirmed upon the grounds and for the reasons set out in the memorandum findings of fact and opinion of the Board promulgated on May 30, 1942.